## Thomas Skruzewski, Appellee, v. Andrew Rybarczyk, Appellant.

### Gen. No. 23,446.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed April 3, 1918. Rehearing denied April 27, 1918.

### Statement of the Case.

Action in assumpsit by Thomas Skruzewski, plaintiff, against Andrew Rybarczyk, defendant, to recover for labor as a farm hand. From a judgment for plaintiff for $183, defendant appeals.

WILLIAM SHERMAN STAHL, for appellant.

MEDARD A. KUNZ, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*trial judge as better judge of credibility of witnesses.* The trial judge who sees the witnesses and hears their testimony is a better judge in all matters of testimonial credibility than the Appellate Court.

2. EVIDENCE, § 476*—*how preponderance determined.* The preponderance of evidence is not necessarily to be determined by the number of witnesses.

3. TRIAL, § 285*—*when denial of argument not error.* In a trial before the court without a jury, involving a simple matter of fact, the denial of argument does not constitute a breach of discretion.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.